No. 14–0633/AF. U.S. v. Dustin A. Miller. CCA 37869. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 19, 2014.

No. 14–0634/AR. U.S. v. Christopher T. Fraser. CCA 20130124. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 19, 2014.

Tuesday, June 3, 2014

No. 14–0199/AR. U.S. v. Bryce M. Phillips. CCA 20120585. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION BY ACCEPTING APPELLANT'S PLEA OF GUILTY TO DISOBEYING THE ORDER OF HIS COMMANDER IN VIOLATION OF ARTICLE 90, UCMJ, WHEN THE ULTIMATE OFFENSE AT ISSUE WAS THE MINOR OFFENSE OF BREAKING RESTRICTION DESCRIBED UNDER ARTICLE 134, UCMJ, AND THE RECORD DOES NOT REFLECT APPELLANT'S UNDERSTANDING THAT THE ORDER IMPOSING RESTRICTION WAS ISSUED WITH THE FULL AUTHORITY OF HIS COMMANDER'S OFFICE TO LIFT THE DUTY IN THE PARLANCE OF THIS COURT'S EARLIER OPINION, "ABOVE THE COMMON RUCK."

Briefs will be filed under Rule 25.

No. 14–0289/AR. U.S. v. Jordan M. Peters. CCA 20110057. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED IN DENYING THE IMPLIED BIAS CHALLENGE AGAINST LTC JC, IN LIGHT OF LTC JC'S PROFESSIONAL RELATIONSHIP WITH TRIAL COUNSEL, THE SPECIAL COURT–MARTIAL CONVENING AUTHORITY, AND THE INVESTIGATING OFFICER.

Briefs will be filed under Rule 25.

